## Roberts et al., Appellants, v. Washington Trust Company.

Argued November 29, 1933. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Robert H. Locke,* for appellants.

*Richard G. Miller,* with him *John C. Judson* and *Norman E. Clark,* for appellee, were not heard.

PER CURIAM, January 2, 1934:

The learned judge of the court below, recently deceased, admirably stated the facts and the law applicable to this case, and the judgment is accordingly affirmed on his opinion.